UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SCRAMOGE TECHNOLOGY LTD., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 6:21-cv-01138-ADA <br><br> **JURY TRIAL DEMANDED** |

## MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Scramoge Technology Ltd. and Defendant Google LLC (collectively, the "Parties") agree that there will be confidential information exchanged in this case. Accordingly, the Parties respectfully request that the Court enter the agreed proposed Protective Order, attached hereto as Exhibit A.

Dated: May 3, 2022

Respectfully submitted,

By: */s/ Brett Cooper*

Brett E. Cooper (NY SBN 4011011)
bcooper@raklaw.com
Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Seth Hasenour (TX SBN 24059910)
shasenour@raklaw.com
Drew B. Hollander (NY SBN 5378096)
dhollander@raklaw.com

**RUSS AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor

Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Counsel for Plaintiff Scramoge Technology Ltd.*

By: */s/ Bijal V. Vakil*
J. Mark Mann
State Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
State Bar No. 24042033
blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
201 E. Howard St.
Henderson, Texas 75654
(903) 657-8540
(903) 657-6003 (fax)

Bijal V. Vakil (CA Bar No. 192878)
(*admitted to the Western District of Texas*)
**ALLEN & OVERY LLP**
530 Lytton Ave 2nd Floor
Palo Alto, CA  94301
Telephone: (650) 388-1650
Email:  googlescramoge@allenovery.com

Shamita Etienne-Cummings (CA Bar No. 202090)
(*admitted to the Western District of Texas*)
**ALLEN & OVERY LLP**
1101 New York Avenue, NW
Washington, DC  20005
Telephone: (202) 683-3800
Email: googlescramoge@allenovery.com

*Counsel for Defendant Google LLC*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document is being served through CM/ECF on May 3, 2022.

>  */s/ Drew Hollander*
>  Drew B. Hollander